| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Paul F. Ready 107469<br>1254 Marsh Street<br>San Luis Obispo, CA 93401<br>805-541-1626 Fax: 805-541-0769<br>107469 CA<br>pfready@farmerandready.com | |

☐ Individual appearing without attorney
☑ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Accuair Control Systems, LLC**

CASE NO.: 9:20-bk-10544-DS

CHAPTER: 7

**SUMMARY OF AMENDED SCHEDULES,
MASTER MAILING LIST,
AND/OR STATEMENTS
[LBR 1007-1(c)]**

Debtor(s)

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☑ Schedule D    ☑ Schedule E/F    ☐ Schedule G

☑ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☑ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date: 9/18/2020

_Dustin Heon_
**Dustin Heon**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                Page 1                F 1007-1.1.AMENDED.SUMMARY

# United States Bankruptcy Court
## Central District of California

In re  __Accualr Control Systems, LLC__ _____
                                    Debtor(s)

Case No.  __9:20-bk-10544-DS__

Chapter  __7__

# AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Amended Schedule D, Amended Schedule E/F, Amended Master Mailing List, consisting of __99__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date __9/18/2020__ _____

Signature _____
Dustin Heon
Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name    **Accuair Control Systems, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **9:20-bk-10544-DS**

☑ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

<u>**Part 1:**</u> **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   **CDS Business Services, INC**<br>Creditor's Name<br><br>**1981 Marcus Ave, Suite 130**<br>**Lake Success, NY 11042**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**08/16/2016**<br>**Last 4 digits of account number**<br>**3727**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**all assets**<br><br><br>Describe the lien<br>**2nd Priority UCC Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$740,000.00** | **$1,978,675.64** |
| **2.2**   **Cedar Advance**<br>Creditor's Name<br><br>**2917 Avenue I**<br>**Brooklyn, NY 11210**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/13/19**<br>**Last 4 digits of account number**<br>**unknown**<br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**all assets**<br><br><br>Describe the lien<br>**Duplicate**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $75,360.22 | $1,978,675.64 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Accuair Control Systems, LLC**                     Case number (if known)   **9:20-bk-10544-DS**
    Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CHTD Company** | Describe debtor's property that is subject to a lien | Unknown | $1,978,675.64 |
|---|---|---|---|---|

Creditor's Name

all assets

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe the lien
**3rd Priority UCC Lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**08/08/2017**
Last 4 digits of account number
**5120**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Clearbanc Loan** | Describe debtor's property that is subject to a lien | $341,422.24 | $1,978,675.64 |
|---|---|---|---|---|

Creditor's Name

all assets

**200 University Ave**
**Toronto, Ontario M5V3C6**
**CANADA**
Creditor's mailing address

Describe the lien
**8th Priority UCC Lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**01/18/2020**
Last 4 digits of account number
**7332**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Corporation Service Company,** | Describe debtor's property that is subject to a lien | $0.00 | $1,978,675.64 |
|---|---|---|---|---|

Creditor's Name

all assets

**As Representative**
**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe the lien
**7th Priority UCC Lien (duplicate)**
Is the creditor an insider or related party?

■ No

---

| Debtor | Accuair Control Systems, LLC | | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|---|
| | Name | | | |

**Creditor's email address, if known**

Is anyone else liable on this claim?
- ☐ Yes
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
11/14/2019

**Last 4 digits of account number**
3046

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.6 | CT Corporation System, | | | |
|---|---|---|---|---|

Creditor's Name

**as representative
330 N. Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
all assets

$0.00          $1,978,675.64

**Describe the lien**
8th Priority UCC Lien (duplicate of Clearbanc Loan)

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
02/06/20

**Last 4 digits of account number**
4169

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.7 | Fora Financial Advance, LLC | | | |
|---|---|---|---|---|

Creditor's Name

**519 Eighth Avenue
New York, NY 10018**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
all assets

$31,158.56          $1,978,675.64

**Describe the lien**
6th Priority UCC Lien

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
05/13/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

---

**2.8** **Fox Capital Group**
Creditor's Name

Describe debtor's property that is subject to a lien
**all assets**

$112,557.00    $1,978,675.64

**140 Broadway, 46th Floor**
**New York, NY 10005**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**1/17/20**
Last 4 digits of account number
**unknown**
Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9** **IRS/OHIO**
Creditor's Name

Describe debtor's property that is subject to a lien
**all assets**

$189,397.82    $1,978,675.64

**PO Box 145595**
**Cincinnati, OH 45250-5595**
Creditor's mailing address

Describe the lien
**4th Priority UCC Lien - Federal Tax Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**08/23/2017**
Last 4 digits of account number
**3747**
Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** **Newtek Small Business**
**Finance, LLC**
Creditor's Name

Describe debtor's property that is subject to a lien
**all assets**

$1,021,367.36    $1,978,675.64

**60 Hempstead Ave**
**West Hempstead, NY 11552**
Creditor's mailing address

Describe the lien
**1st Priority UCC Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**03/04/2016**
Last 4 digits of account number

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Debtor  **Accuair Control Systems, LLC**                         Case number (if known)    **9:20-bk-10544-DS**
Name

**2E11**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1**
**1**

**OTB, LPC**
Creditor's Name

**Michael Patrick
c/o Sunrise Mortgage &
Investment
1065 Higuera Street, Suite
200
San Luis Obispo, CA 93401**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2018**
Last 4 digits of account number
**unknown**

Describe debtor's property that is subject to a lien        $1,500,000.00        $1,978,675.64
**all assets**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1**
**2**

**The Tompkins Trust Dated**
Creditor's Name
**November 14, 2007
684 Higuera St Ste B
San Luis Obispo, CA
93401-3550**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**01/05/2018**
Last 4 digits of account number
**5E11**

Describe debtor's property that is subject to a lien        $750,000.00        $1,978,675.64
**all assets**

Describe the lien
**5th Priority UCC Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1**
**3**

**West Coast Business
Capital**

Describe debtor's property that is subject to a lien        $72,235.95        $1,978,675.64

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 6

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

| Creditor's Name | all assets |
|---|---|

**116 Nassau St, Ste 804**
**New York, NY 10038**
Creditor's mailing address

Describe the lien
**duplicate**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**11/13/19**

Last 4 digits of account number
**unknown**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $4,833,499.15 |
|---|

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Accuair Control Systems, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **9:20-bk-10544-DS**

☑ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,967.08** | **$2,967.08** |

**2.1**   Priority creditor's name and mailing address

**Aaron Castorena**
541 Los Osos Valley Rd
Los Osos, CA 93402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim   **$2,967.08**
Priority amount   **$2,967.08**

Date or dates debt was incurred
**06/01/19 - present**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2**   Priority creditor's name and mailing address

**Aaron Crites**
4870 Minas Dr
San Jose, CA 95136

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim   **$497.81**
Priority amount   **$497.81**

Date or dates debt was incurred
**06/01/19 - present**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Basis for the claim:
**Customer Deposit**

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|--------|------------------------------|------------------------|------------------|
|        | Name                         |                        |                  |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.00 | $163.00 |
|-----|-----|-----|-----|-----|

**Aaron Pantoja**
**19404 Queen Circle**
**Elk River, MN 55330**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,080.04 | $1,080.04 |
|-----|-----|-----|-----|-----|

**Adam Aarons**
**9435 Huer Huero Rd**
**Creston, CA 93432**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,726.11 | $2,726.11 |
|-----|-----|-----|-----|-----|

**Adam Timney**
**1068 Innes Ave**
**San Francisco, CA 94124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,063.02 | $1,063.02 |
|-----|-----|-----|-----|-----|

**Adan Dominguez**
**PO Box 760**
**San Miguel, CA 93451**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Accuair Control Systems, LLC** | | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,478.63 | $1,478.63 |

**Adrian Carreras**
445 Rods Rd
Arroyo Grande, CA 93420

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,016.84 | $1,016.84 |

**Alexander Cho**
5808 Hazel Ave SE
Auburn, WA 98092

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,175.21 | $1,175.21 |

**Alvanny Corsa**
304 N. Oakley Ave
Santa Maria, CA 93454

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,649.60 | $2,649.60 |

**Andrew Peralta**
5107 Crown Cypress St
Las Vegas, NV 89149

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,968.33 | $1,968.33 |
|---|---|---|---|---|

**Andrew Stone**
**9182 Campina Ct**
**Atascadero, CA 93422**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,006.30 | $1,006.30 |
|---|---|---|---|---|

**Angel Meza**
**1558 Wallis Ave**
**Santa Maria, CA 93458**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,888.89 | $2,888.89 |
|---|---|---|---|---|

**Arthur Delgado**
**1230 Magnolia Ave**
**Ontario, CA 91762**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 | $55.00 |
|---|---|---|---|---|

**Auri Allen**
**15400 Crown At Lone Oak Rd**
**Edmond, OK 73013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address

**Austin Dickens**
**875 Calimex Place**
**Nipomo, CA 93444**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,273.58     $1,273.58

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address

**Austin Phipps**
**200 N 1st St**
**Hermiston, OR 97838**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,162.92     $2,162.92

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address

**Beau Gyllenswan**
**25715 Nikki Lane**
**Menifee, CA 92584**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,807.81     $2,807.81

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address

**Bradley M. Menden**
**1775 Rochelle Ave**
**Oceano, CA 93445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,025.00     $3,025.00

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,241.50 | $1,241.50 |
|---|---|---|---|---|

**Brandan Beard**
**795 Brownwood Circle**
**Jonesboro, AR 72404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,565.15 | $2,565.15 |

**Brandon Yurong**
**7980 Majestic Cypress Dr.**
**Milton, FL 32583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,954.95 | $2,954.95 |

**Brian Ralston**
**3 Tanglewood Street**
**Pecos, TX 79772**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $416.79 | $416.79 |

**Briana Williams**
**2510 Yale Ave**
**Alamogordo, NM 88310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | Accuair Control Systems, LLC | | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|---|
| | Name | | | |

---

**2.23** Priority creditor's name and mailing address
**Caleb Shrout**
**1116 West 43rd St. South**
**Wichita, KS 67217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,025.00    $3,025.00

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.24** Priority creditor's name and mailing address
**Carl Chestnutt**
**Unit 30 number 2 Bishop Dunn**
**Place**
**Flat Bush, Auckland 02013**
**NEW ZEALAND**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,979.00    $2,979.00

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.25** Priority creditor's name and mailing address
**Carlos E. Aldrete**
**297 Miller Way**
**Arroyo Grande, CA 93420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,889.43    $2,889.43

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.26** Priority creditor's name and mailing address
**Carrie Wentzel**
**850 Mill St**
**San Luis Obispo, CA 93401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,201.26    $1,201.26

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address

**Casey J. Bassetti**
4495 Spanish Oaks Dr.
San Luis Obispo, CA 93401

As of the petition filing date, the claim is: $2,063.33    $2,063.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.28** | Priority creditor's name and mailing address

**Cesar Hernandez**
6011 Locust Ave
Cotati, CA 94931

As of the petition filing date, the claim is: $2,429.07    $2,429.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.29** | Priority creditor's name and mailing address

**Chase Brooks**
148 East 5th St
Bayonne, NJ 07002

As of the petition filing date, the claim is: $2,383.02    $2,383.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.30** | Priority creditor's name and mailing address

**Chase Hunter**
333 SW 21st St
Ft. Lauderdale, FL 33315

As of the petition filing date, the claim is: $2,681.10    $2,681.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.90 | $439.90 |
|---|---|---|---|---|

**Chris Susca**
**42050 Jenny Lane**
**Lancaster, CA 93536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $562.10 | $562.10 |
|---|---|---|---|---|

**Christiaan Lutzer**
**260 Everett St**
**Sharon, MA 02067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,091.00 | $1,091.00 |
|---|---|---|---|---|

**Christian Gonzalez**
**14400 Andrus Island Rd**
**Walnut Grove, CA 95690**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,979.00 | $2,979.00 |
|---|---|---|---|---|

**Corey Lewis**
**2339 Jackson Rd**
**Ward, AR 72176**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |
|---|---|---|---|---|

**Cory Belcher**
**106 Kinloch Pl**
**Saskatoon, Saskatchewan**
**S7M5W4**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,543.00 | $1,543.00 |
|---|---|---|---|---|

**Cory Rowan**
**1655 Gaylord St**
**Denver, CO 80206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.15 | $418.15 |
|---|---|---|---|---|

**Crystal Kroeze**
**1600 P St**
**Gering, NE 69341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,434.78 | $2,434.78 |
|---|---|---|---|---|

**Daisy Elias**
**3711 Harriman Ave**
**Los Angeles, CA 90032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address<br>**Dana Paikai**<br>**91-237 Laupai Way**<br>**Ewa Beach, HI 96706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,756.10 | $2,756.10 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**06/01/19 - present** | Basis for the claim:<br>**Customer Deposit** | | |
| | Last 4 digits of account number **none**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address<br>**Daniel Avila**<br>**261 Gary Blvd**<br>**Longwood, FL 32750** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,642.40 | $2,642.40 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**06/01/19 - present** | Basis for the claim:<br>**Customer Deposit** | | |
| | Last 4 digits of account number **none**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address<br>**Daniel Brumbaugh**<br>**2741 McMillan D4**<br>**San Luis Obispo, CA 93401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,480.74 | $1,480.74 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**06/01/19 - present** | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number **none**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address<br>**Daniel Guillemette**<br>**1730 Ave Def Lacaffe**<br>**Laval, Quebec H7K3W2**<br>**CANADA** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $685.00 | $685.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**06/0/19 - present** | Basis for the claim:<br>**Customer Deposit** | | |
| | Last 4 digits of account number **none**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
| --- | --- | --- | --- |
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 | $350.00 |
| --- | --- | --- | --- | --- |

**Daniel Ramirez**
**1002 Harmony Dr**
**Statesville, NC 28677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $543.71 | $543.71 |
| --- | --- | --- | --- | --- |

**Daniel Shafer**
**1006 Newsome Spring Rd**
**Arroyo Grande, CA 93420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,921.40 | $2,921.40 |
| --- | --- | --- | --- | --- |

**Darren Coughtry**
**1370 stewart Ave**
**Nanaimo, British Columbia**
**V9S4E1**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,451.86 | $251.86 |
| --- | --- | --- | --- | --- |

**Daryl Williams**
**200 Jarvis Circle**
**Sacramento, CA 95834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,283.16 | $4,283.16 |
|---|---|---|---|---|

**2.47**

Priority creditor's name and mailing address
**David A. Hugo
541 Bakeman Ln.
Arroyo Grande, CA 93420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,283.16     $4,283.16

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.48**

Priority creditor's name and mailing address
**David Barclay
Psc 480 Box 459
Armed Forces Pacific (US)
FPO  96370**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,876.10     $2,876.10

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.49**

Priority creditor's name and mailing address
**David Contreras
6933 Herman Jared Dr.
North Richland Hills, TX 76182**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$269.10     $269.10

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.50**

Priority creditor's name and mailing address
**David Li
9426 Briscoe Bend Ln
Cypress, TX 77433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,960.72     $1,960.72

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Accuair Control Systems, LLC | | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|---|
| | Name | | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.00 | $960.00 |
|---|---|---|---|---|

**David Stillman**
1201 E. Douglas Ave
Des Moines, IA 50316

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,966.09 | $2,966.09 |
|---|---|---|---|---|

**Dennis Bublitz**
5331 S Egofske Rd
New Berlin, WI 53146

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,360.31 | $1,360.31 |
|---|---|---|---|---|

**Dennis Fokke**
7640 NW 63RD STREET
MIAMI, FL 33195

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,167.56 | $1,167.56 |
|---|---|---|---|---|

**Dermot Dunne**
1352 Higuera St, Apt C
San Luis Obispo, CA 93401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,758.10 | $2,758.10 |
|---|---|---|---|---|

**Desmond Hinton**
**5010 New Forge Rd**
**Perry Hall, MD 21128**

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,085.60 | $2,085.60 |
|---|---|---|---|---|

**Devin Barboza**
**7004 Green Mountain Rd**
**Woodland, WA 98674**

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Diego Gutierrez**
**14229 don julian rd**
**La Puente, CA 91746**

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,723.72 | $2,723.72 |
|---|---|---|---|---|

**Donald Lagerstrom**
**13847 South LeClaire**
**Crestwood, IL 60418**

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,796.48 | $1,796.48 |
|---|---|---|---|---|

**Duncan Wyke**
8730 Portola Rd
Atascadero, CA 93422

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,529.89 | $1,529.89 |
|---|---|---|---|---|

**Dustin Bolt**
1349 Cavalier Ln
San Luis Obispo, CA 93405

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Dustin Gerber**
1003 Panther Dr
Reno, NV 89506

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $13,650.00 |
|---|---|---|---|---|

**Dustin Heon**
312 E Ormonde Rd
Arroyo Grande, CA 93420

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Debtor    **Accuair Control Systems, LLC**                         Case number (if known)    **9:20-bk-10544-DS**
_____
Name

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $671.71 | $671.71 |

**Dylan Wickstrom**
**232 Robles Pl**
**Arroyo Grande, CA 93420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $867.70 | $867.70 |

**Edward Redmond**
**4 Karen St.**
**Spotswood, NJ 08884**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,726.10 | $2,726.10 |

**Edward Salazar**
**2827 Lens Ave**
**Norfolk, VA 23509**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,726.10 | $2,726.10 |

**Eloy Martinez**
**8617 Emily Ave**
**Laredo, TX 78045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

---

**2.67** Priority creditor's name and mailing address

**Emily Rape**
**2866 Sam Houston Forest Dr.**
**Lake Charles, LA 70611**

Date or dates debt was incurred
**06/01/19 - present**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer Deposit**

Is the claim subject to offset?
■ No
☐ Yes

$922.50      $922.50

---

**2.68** Priority creditor's name and mailing address

**Employment Development**
**Department**
**Bankruptcy Special Procedures**
**Group**
**PO Box 826880 MIC Group 92E**
**Sacramento, CA 94280-0001**

Date or dates debt was incurred
**2020**

Last 4 digits of account number **3747**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt - Taxes**

Is the claim subject to offset?
■ No
☐ Yes

$5,000.00      $5,000.00

---

**2.69** Priority creditor's name and mailing address

**Enrique Nicolas**
**156 S Oakglen Ave, Apt A**
**Nipomo, CA 93444**

Date or dates debt was incurred
**06/01/19 - present**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages**

Is the claim subject to offset?
■ No
☐ Yes

$1,794.75      $1,794.75

---

**2.70** Priority creditor's name and mailing address

**Eric Crump**
**1262 Canyon Creek Dr**
**Newman, CA 95360**

Date or dates debt was incurred
**06/01/19 - present**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer Deposit**

Is the claim subject to offset?
■ No
☐ Yes

$2,728.39      $2,728.39

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,944.00 | $2,944.00 |
|---|---|---|---|---|

**Eric Schoen**
**4466 S Frank Smith rd**
**Chase, MI 49623**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.19 | $350.19 |
|---|---|---|---|---|

**Eric Uhrenholt**
**DES Builders**
**Benicia, CA 94510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/0/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,649.00 | $1,649.00 |
|---|---|---|---|---|

**Erik Thorsen**
**1598 State Route 101**
**Ilwaco, WA 98624**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Fermin Garcia**
**420 Avenue G**
**Hanson, TX 79501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**Business Entity Bankruptcy MS**
**A345**
**PO Box 2952**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**Trade Debt - Taxes**

Last 4 digits of account number **3747**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,295.00 | $1,295.00 |
|---|---|---|---|---|

**Garrett Savoie**
**622 South 5th St**
**Jal, NM 88252**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,751.30 | $2,751.30 |
|---|---|---|---|---|

**Gary Smith**
**3509 South Milam St**
**Amarillo, TX 79109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,888.89 | $2,888.89 |
|---|---|---|---|---|

**Gary Timm**
**3133 Rancho Oaks Ln**
**Spring Valley, CA 91978**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

**2.79** | Priority creditor's name and mailing address
**George Henson**
**2112 Bush Dr**
**Los Osos, CA 93402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$971.91   $971.91

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.80** | Priority creditor's name and mailing address
**Greg Hulands**
**855 Lawn Ct**
**Tracy, CA 95376**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,335.61   $2,335.61

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.81** | Priority creditor's name and mailing address
**Gregory Carroll**
**910 Patria Circle**
**Atascadero, CA 93422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,395.67   $1,395.67

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.82** | Priority creditor's name and mailing address
**Gus Valdez**
**6933 W 59th Street**
**Chicago, IL 60638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$619.32   $619.32

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $989.12 | $989.12 |
|---|---|---|---|---|

**Hayden Collette**
**1262 Murray Ave #3**
**San Luis Obispo, CA 93405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,712.72 | $2,712.72 |
|---|---|---|---|---|

**Hunter Clark**
**67969 Balk Rd**
**Sturgis, MI 49091**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57,752.95 | $57,752.95 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**Trade Debt - Taxes**

Last 4 digits of account number **3747**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Isaac Cohan**
**524 Laird Ave**
**Kilgore, TX 75662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

---

**2.87** | Priority creditor's name and mailing address
**Isaiah Weston**
**580 Anchor St**
**Philadelphia, PA 19120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$564.29   $564.29

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.88** | Priority creditor's name and mailing address
**Jacob Hamblin**
**7598 East 40th Place**
**Yuma, AZ 85365**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00   $150.00

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.89** | Priority creditor's name and mailing address
**Jagraj Grewal**
**7405 Kimbel Street**
**Mississauga, Ontario L4T3M6**
**CANADA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,388.10   $2,388.10

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.90** | Priority creditor's name and mailing address
**James D. Stocks**
**305 Short Street**
**Arroyo Grande, CA 93420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,374.09   $3,374.09

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,056.00 | $1,056.00 |
|---|---|---|---|---|

**James Parker**
**2200 Martin Ave MS 997-1SG**
**Santa Clara, CA 95050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.40 | $330.40 |
|---|---|---|---|---|

**Jarod Swantkoski**
**2677 E. Hwy 224**
**Denver, CO 80229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,994.99 | $2,994.99 |
|---|---|---|---|---|

**Jason C. Looney**
**PO Box 1251**
**Arroyo Grande, CA 93421**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Jason Maguire**
**62 Harcroft Crescent**
**London, Ontario N6C3A1**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Accuair Control Systems, LLC** | | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|---|
| | Name | | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,260.35 | $1,260.35 |
|---|---|---|---|---|

**2.95** Priority creditor's name and mailing address
**Jason Singer**
**519 Lois Ln**
**Nipomo, CA 93444**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,260.35   $1,260.35

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.96** Priority creditor's name and mailing address
**Jeffrey Lawrence**
**1807 Abbott St, Apt 15**
**San Luis Obispo, CA 93401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$751.98   $751.98

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.97** Priority creditor's name and mailing address
**Jermaine Yates**
**10002 N.E. 4th St**
**Midwest City, OK 73130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$730.00   $730.00

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.98** Priority creditor's name and mailing address
**Jesse L. Roper**
**186 Old Town Ct.**
**Nipomo, CA 93444**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,147.70   $1,147.70

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor   **Accuair Control Systems, LLC**                              Case number (if known)   **9:20-bk-10544-DS**
_____Name_____

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $837.37 | $837.37 |
|---|---|---|---|---|

**2.99**

Priority creditor's name and mailing address
**Joe Gonzales**
**324 W. Church St**
**Santa Maria, CA 93458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$837.37      $837.37

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.100**

Priority creditor's name and mailing address
**Joe Tiopan**
**188 Talmadge Ave**
**San Jose, CA 95127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00      $150.00

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.101**

Priority creditor's name and mailing address
**John H. Crane**
**38 S Tassajara Dr.**
**San Luis Obispo, CA 93405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,694.01      $1,694.01

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.102**

Priority creditor's name and mailing address
**John Mcginty**
**101 Backfield Dr**
**Newport, NC 28570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,786.10      $2,786.10

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Accuair Control Systems, LLC**                                Case number (if known)    **9:20-bk-10544-DS**
_____
Name

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,140.07 | $4,140.07 |

**John T. Holmes**
**160 Ruth Ann Way**
**Arroyo Grande, CA 93420**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.60 | $106.60 |

**John xiong**
**5920 Wilkinson st**
**Sacramento, CA 95824**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,672.46 | $1,672.46 |

**Jonathan Balisa**
**4443 Fir St**
**Guadalupe, CA 93434**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,789.18 | $2,789.18 |

**Jonathan Louie**
**355 N. Lantana St. #487**
**Camarillo, CA 93010**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Accuair Control Systems, LLC**                                    Case number (if known)    **9:20-bk-10544-DS**
_____
Name

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,017.29 | $1,017.29 |

Priority creditor's name and mailing address
**Jorge Fonseca**
**1722 Devaul Ranch**
**San Luis Obispo, CA 93401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,603.05 | $2,603.05 |

Priority creditor's name and mailing address
**Jorge Juarez**
**277 Ridge Vista Ave**
**San Jose, CA 95127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,182.73 | $1,182.73 |

Priority creditor's name and mailing address
**Jose Contreras**
**1497 Avenue E**
**Kingsburg, CA 93631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $715.00 | $715.00 |

Priority creditor's name and mailing address
**Jose Williams**
**34 Gage St**
**Kingston, NY 12401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Accuair Control Systems, LLC**    Case number (if known)    **9:20-bk-10544-DS**
_____
Name

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.87 | $364.87 |

**Joseph Malory**
**1618 S Van Gordon Ct.**
**Lakewood, CO 80228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $676.50 | $676.50 |

**Josue Uriostegui**
**538 e Whittier st**
**San Antonio, TX 78210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,681.10 | $2,681.00 |

**Juan Marroquin**
**8 Sweet Gum St**
**New Caney, TX 77357**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.39 | $159.39 |

**Juan Sanchez**
**200 San Ramon Dr**
**San Jose, CA 95111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **Accuair Control Systems, LLC**                    Case number (if known)   **9:20-bk-10544-DS**
_____
Name

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,959.56 | $2,959.56 |

**Jujuan Burns**
**9366 Olympia Dr**
**Eden Prairie, MN 55347**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,024.63 | $1,024.63 |

**Julia Small**
**1796 13th St**
**Los Osos, CA 93402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,157.15 | $1,157.15 |

**Kaleb Black**
**280 Spruce St**
**Arroyo Grande, CA 93420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,085.30 | $2,085.30 |

**Karmely Sormus**
**Harjumaa Merirahu 4-19**
**Tallin, Tallin 11911**
**ESTONIA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

---

**2.119** | Priority creditor's name and mailing address

**Kathleen Jones**
**276 Walnut St**
**Arroyo Grande, CA 93420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$981.12     $981.12

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.120** | Priority creditor's name and mailing address

**Keith A. Ozzimo**
**1765 Trouville Ave.**
**Grover Beach, CA 93433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,495.62     $4,495.62

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.121** | Priority creditor's name and mailing address

**Keith Maynes**
**225 Indian Ridge Drive**
**Waukee, IA 50263**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,165.50     $1,165.50

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.122** | Priority creditor's name and mailing address

**Ken Jefferies**
**112 Pheasant Wood Ct, Ste A**
**Morrisville, NC 27560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,711.10     $2,711.10

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Accuair Control Systems, LLC** | | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|---|
| | Name | | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,807.70 | $1,807.70 |
|---|---|---|---|---|

**Kenneth John Lambinicio**
**25 Golden Eagle Rd**
**Oroville, CA 95965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,768.80 | $1,768.80 |
|---|---|---|---|---|

**Kent Singley**
**PO Box 2131**
**Pismo Beach, CA 93448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,121.00 | $2,121.00 |
|---|---|---|---|---|

**Kevin Lu**
**529 Baylor Dr**
**Arlington, TX 76010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,327.52 | $1,327.52 |
|---|---|---|---|---|

**Khang Nguyen**
**9001 Markville Dr Apt #1027**
**Dallas, TX 75243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.26 | $237.26 |
|---|---|---|---|---|

**Kristin Pyle**
**5700 S Luray Terrace**
**Inverness, FL 34452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,884.05 | $2,884.05 |
|---|---|---|---|---|

**Kurtis Powers**
**6126 NW 77th Terrace**
**Parkland, FL 33067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,221.81 | $2,221.81 |
|---|---|---|---|---|

**Kyle Hobbs**
**311 Alyssum Circle**
**Nipomo, CA 93420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,106.62 | $2,106.62 |
|---|---|---|---|---|

**Lance Bush**
**128 North Main St**
**Bogata, TX 75417**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,611.00 | $2,611.00 |
|---|---|---|---|---|

**Larry Thompson**
**933 South 16th St**
**Grover Beach, CA 93433**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.00 | $350.00 |
|---|---|---|---|---|

**LaVern Schramer**
**105 Theodroe Dr D**
**Oswego, IL 60543**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $13,650.00 |
|---|---|---|---|---|

**Lee U. Johnson**
**117 Mindoro Street**
**Morro Bay, CA 93442**

*Check all that apply. .*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,502.40 | $2,502.40 |
|---|---|---|---|---|

**Lucas Ross**
**18573 W Sunward Dr**
**Goodyear, AZ 85338**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

---

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,537.85 | $3,537.85 |
|---|---|---|---|---|

**Maire Sullivan-Weidner**
2569 Paul Pl
Arroyo Grande, CA 93420

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.06 | $435.06 |
|---|---|---|---|---|

**Mandee Fletcher**
723 23rd Street, Apt B
Paso Robles, CA 93406

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,497.14 | $1,497.14 |
|---|---|---|---|---|

**Manuel Nieves Rojas**
956 S 13th St, Apt B
Grover Beach, CA 93433

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,905.62 | $1,905.62 |
|---|---|---|---|---|

**Marco Noriega**
1265 Nice Ave, Apt A
Grover Beach, CA 93433

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,803.75 | $2,803.75 |

**Mark Hargrove**
14700 Country Ridge Way.
FortSmith, AR 72916

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |

**Matt Melarkey**
11180 Vincent Ln.
Reno, NV 89511

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,983.12 | $2,983.12 |

**Matt Rambow**
1327 N. 31st St
Colorado Springs, CO 80904

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,681.10 | $2,681.10 |

**Michael Barbour**
29867 Oak Road
Mechanicsville, MD 20659

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $917.88 | $917.88 |
|---|---|---|---|---|

**Michael Maratas**
**764 Longbranch Ave, Apt B**
**Grover Beach, CA 93433**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,802.60 | $2,802.60 |
|---|---|---|---|---|

**Michael Stine**
**139 120th Ave**
**Shelbyville, MI 49344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,495.54 | $1,495.54 |
|---|---|---|---|---|

**Miguel A. Zamora**
**1380 W. Main St. Space #11**
**Santa Maria, CA 93458**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,442.96 | $2,442.96 |
|---|---|---|---|---|

**Miguel Garcia**
**852 delmas ave**
**San jose, CA 95125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,773.80 | $2,773.80 |
|---|---|---|---|---|

**Mike Montes**
3245 W Capovilla Ave
Las Vegas, NV 89118

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,734.10 | $2,734.10 |
|---|---|---|---|---|

**Mike Sims**
1342 Military Road PMB 6033
Niagara Falls, NY 14304

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,187.97 | $1,187.97 |
|---|---|---|---|---|

**Mikel Carter**
12505 Santa Lucia Rd
Atascadero, CA 93422

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,809.32 | $1,809.32 |
|---|---|---|---|---|

**Mitchell Brzozowy**
5942 South Gold Leaf Dr
Chandler, AZ 85249

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,559.33 | $1,559.33 |
|---|---|---|---|---|

**2.151**

Priority creditor's name and mailing address
**Morrie Hozen**
**1303 N 1st Street**
**Silverton, OR 97381**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,559.33    $1,559.33

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.152**

Priority creditor's name and mailing address
**Nathan Loucks**
**359 Crosby St**
**Altadena, CA 91001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,025.00    $3,025.00

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.153**

Priority creditor's name and mailing address
**Nathaniel A. Marriott**
**1195 Mentone Avenue**
**Grover Beach, CA 93433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,648.86    $2,648.86

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.154**

Priority creditor's name and mailing address
**Paul Smith**
**1481 NW North River Dr.**
**Miami, FL 33125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,711.10    $2,711.10

Date or dates debt was incurred
**06/0/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $571.17 | $571.17 |
|---|---|---|---|---|

**Paul W Wood**
**920 Cold Brook Way**
**Galt, CA 95632**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,116.29 | $1,116.29 |
|---|---|---|---|---|

**Pete Davison**
**840 Amethyst Dr**
**Santa Maria, CA 93455**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.41 | $81.41 |
|---|---|---|---|---|

**Quang Nguyen**
**2766 Bal Harbor lane**
**Hayward, CA 94545**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,230.07 | $1,230.07 |
|---|---|---|---|---|

**Rafael Caldera**
**4588 Del Mar Dr.**
**Guadalupe, CA 93434**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Raismel Espinal**
5675 Andros Place
San Diego, CA 92115

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $463.00 | $463.00 |
|---|---|---|---|---|

**Randall Voight**
401 Stonebridge Ct
Weatherford, TX 76085

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,598.86 | $2,598.86 |
|---|---|---|---|---|

**Rene Castellanos**
2387 Arthur St
Napa, CA 94559

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,834.46 | $3,834.46 |
|---|---|---|---|---|

**Reno Heon**
250 Cabrillo Lane
San Luis Obispo, CA 93401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,681.00 | $2,681.00 |
|---|---|---|---|---|

**Richard Cota**
406 Brookshire Rd
Hemet, CA 92543

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $425.61 | $425.61 |
|---|---|---|---|---|

**Richard Lopez**
12226 213TH ST.
Hawaiian Gardens, CA 90716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,819.10 | $2,819.10 |
|---|---|---|---|---|

**Richard Thornton**
300 Harriet Dr
Perkasie, PA 18944

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,318.00 | $2,318.00 |
|---|---|---|---|---|

**Riley Peaster**
4884 Pioneer Rd
Ontario, OR 97914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.167 | Priority creditor's name and mailing address **Robert Burleson** 7221 Hwy 19 E Elk Park, NC 28622 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $495.00   $495.00 |
| | Date or dates debt was incurred **06/01/19 - present** | Basis for the claim: **Customer Deposit** | |
| | Last 4 digits of account number **none** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.168 | Priority creditor's name and mailing address **Robert Kelly Phillips** 14 Matteson Brook Lane Simpsonville, SC 29681 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,120.75   $1,120.75 |
| | Date or dates debt was incurred **06/01/19 - present** | Basis for the claim: **Customer Deposit** | |
| | Last 4 digits of account number **none** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.169 | Priority creditor's name and mailing address **Robert Woodhouse** 461 Bello St, Apt A Pismo Beach, CA 93449 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $983.67   $983.67 |
| | Date or dates debt was incurred **06/01/19 - present** | Basis for the claim: **Employee Wages** | |
| | Last 4 digits of account number **none** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.170 | Priority creditor's name and mailing address **Roberto Bernal** 532 College Avenue Santa Rosa, CA 95407 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,395.36   $1,395.36 |
| | Date or dates debt was incurred **06/01/19 - present** | Basis for the claim: **Customer Deposit** | |
| | Last 4 digits of account number **none** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Accuair Control Systems, LLC**                                  Case number (if known)    **9:20-bk-10544-DS**
_____
Name

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,246.91 | $2,246.91 |

**Rolando Rodriguez**
**15849 Falcon Ct.**
**Fontana, CA 92337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,635.25 | $1,635.25 |

**Ronnie Baker**
**797 Millstone Ave**
**Santa Maria, CA 93455**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,714.35 | $2,714.35 |

**Ronnie Dobson**
**3703 Toby Ct**
**Arlington, TX 76001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,421.85 | $2,421.85 |

**Roy Fischer**
**19565 Skinner Lake Rd**
**camden point, MO 64018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,445.84 | $1,445.84 |
|---|---|---|---|---|

**Rudy Trevino**
**723 Pioneer Dr**
**Santa Maria, CA 93454**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,782.54 | $2,782.54 |
|---|---|---|---|---|

**Rupinder Sanghera**
**500 Serr Ct**
**Livingston, CA 95334**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

**Russ Prentice**
**612 Eman Ct**
**Arroyo Grande, CA 93420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,443.20 | $2,443.20 |
|---|---|---|---|---|

**Ryan D Bruning**
**899 Old Bristol Rd**
**New Hampton, NH 03256**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Accuair Control Systems, LLC**                                    Case number (if known)   **9:20-bk-10544-DS**
_____
Name

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**2.179**

Priority creditor's name and mailing address
**Ryan Guthrie**
**203 Burchwood Bay Rd**
**Hot Springs, AR 71913**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,025.00 | $3,025.00

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.180**

Priority creditor's name and mailing address
**Ryan Horn**
**3230 Riverside Ave. Ste 140**
**Paso Robles, CA 93446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,726.10 | $2,726.10

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.181**

Priority creditor's name and mailing address
**Ryan Preece**
**562 Arrow Point Lane**
**Davidson, NC 28036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,764.29 | $1,764.29

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.182**

Priority creditor's name and mailing address
**Ryan Rutledge**
**262 South Elm St.**
**Arroyo Grande, CA 93420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,477.72 | $4,477.72

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Accuair Control Systems, LLC** | | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|---|
| | Name | | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $213.46 | $213.46 |
|---|---|---|---|---|

**Sahubdin Fazal**
**325 Moseley Crossing Ct.**
**Stockbridge, GA 30281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,669.31 | $5,669.31 |
|---|---|---|---|---|

**Salil Puri**
**3216 Rockview Place, Apt A**
**San luis obispo, CA 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,025.00 | $3,025.00 |
|---|---|---|---|---|

**Sean Bloemers**
**2 Giacco Street**
**Pimpama, Queensland 4209**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,019.45 | $3,019.45 |
|---|---|---|---|---|

**Sebastian Forteza**
**9921 Kendale Blvd**
**Miami, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Accuair Control Systems, LLC | | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|---|
| | Name | | | |

---

**2.187**

Priority creditor's name and mailing address
**Sergio Bernal**
**5517 Molino Way**
**Riverside, CA 92509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,508.66   $1,508.66

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.188**

Priority creditor's name and mailing address
**Shannon Hipple**
**212 Yocum Rd**
**Phoenixville, PA 19460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$800.00   $800.00

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.189**

Priority creditor's name and mailing address
**Shawn Desrosiers**
**1195 Mentone Ave**
**Grover Beach, CA 93433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,609.99   $2,609.99

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.190**

Priority creditor's name and mailing address
**Stanley Nazario**
**3900 Almon Dr.**
**Martinez, GA 30907**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$319.80   $319.80

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,731.10 | $2,731.10 |
|---|---|---|---|---|

**Stephen Fagan**
9958 W. Westlakes Ct.
Wichita, KS 67205

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $482.98 | $482.98 |
|---|---|---|---|---|

**Steven Pegram**
5106 Bridges Creek Dr
Greensboro, NC 27406

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,905.20 | $2,905.20 |
|---|---|---|---|---|

**Tayler Comley**
22195 Verde View
Paulden, AZ 86344

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,694.75 | $1,694.75 |
|---|---|---|---|---|

**Teal Taylor**
630 Rockaway Ave
Grover Beach, CA 93433

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Accuair Control Systems, LLC**_____   Case number (if known)   **9:20-bk-10544-DS**
          Name

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $547.62 | $547.62 |
|---|---|---|---|---|

**Ted Talmey**
**3240 Broadway st**
**Richmond, British Columbia**
**V7E2X3**
**CANADA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,217.83 | $1,217.83 |
|---|---|---|---|---|

**Thomas A. Ruggiero**
**4300 Potrero Rd.**
**Atascadero, CA 93422**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,295.00 | $1,295.00 |
|---|---|---|---|---|

**Thonnie Smith Jr**
**272 Pond Dr**
**Hockessin, DE 19707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $416.84 | $416.84 |
|---|---|---|---|---|

**Tim Gilmore**
**1204 Mac dougal ct.**
**Dacono, CO 80514**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

---

**2.199** | Priority creditor's name and mailing address
**Timothy Wills-DeTone**
**125 Foothill Blvd.**
**San Luis Obispo, CA 93405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$138.76   $138.76

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.200** | Priority creditor's name and mailing address
**Tj Blackwell**
**330 Austin Circle**
**Brandon, MS 39047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,768.45   $2,768.45

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.201** | Priority creditor's name and mailing address
**Todd Fitschen**
**1203 W 6th Street Office**
**Corona, CA 92882**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$835.84   $835.84

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.202** | Priority creditor's name and mailing address
**Tomas Martinez**
**11 Tilton Ave**
**Toms River, NJ 08757**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,577.47   $2,577.47

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Accuair Control Systems, LLC** | | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,587.15 | $2,587.15 |
|---|---|---|---|---|

**Tony Knighton**
**704 Peanut Rd**
**Woodruff, SC 29388**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $623.88 | $623.88 |
|---|---|---|---|---|

**Tony McQueen**
**16776 Mesa Oak Ave**
**Chino Hills, CA 91709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,944.00 | $2,944.00 |
|---|---|---|---|---|

**Tony Thompson**
**17412 West Hadley St**
**Good year, AZ 85338**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.93 | $495.93 |
|---|---|---|---|---|

**Troy Mitchell**
**1240 Alameda de las Pulgas**
**Belmont, CA 94002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**06/01/19 - present**

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,753.99 | $5,753.99 |
|---|---|---|---|---|
| | **William Scott Case**<br>**425 Saratoga Ave.**<br>**Grover Beach, CA 93433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**06/01/19 - present** | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number **none** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,787.69 | $2,787.69 |
|---|---|---|---|---|
| | **William T. Kutz**<br>**1620 Longbranch Ave**<br>**Grover Beach, CA 93433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**06/01/19 - present** | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number **none** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $620.19 |
|---|---|---|---|
| | **77 Customs LLC**<br>**870 Main Street**<br>**Irwin, PA 15642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **06/01/19 - present** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **none** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,620.00 |
|---|---|---|---|
| | **A-Pre**<br>**1509 Bridgetown Pike**<br>**Langhorne, PA 19053** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **January 2019** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **none** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,124.40 |
|---|---|---|---|
| | **AC Automotive Eng.**<br>**247 251 Gold Hawk Rd**<br>**London W128EU**<br>**GREAT BRITAIN** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **06/01/19 - present** | Basis for the claim: **Customer Deposit** | |
| | Last 4 digits of account number **none** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,320.00** |
|---|---|---|---|

**Adams Heating & Cooling**
P.O. Box 954
Grover Beach, CA 93483

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **none**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,677.30** |
|---|---|---|---|

**Air Ride Suspension Supplies**
2 / 19 Jersey Road
Bayswater, Victoria 3153
AUSTRALIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,569.10** |
|---|---|---|---|

**Airbag Man**
9 Hinkler Court
Brendale, Queensland 4500
AUSTRALIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,095.40** |
|---|---|---|---|

**Airgas**
PO Box 102289
Pasadena, CA 91189-2289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **none**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,817.60** |
|---|---|---|---|

**AirSlamit**
816 E. Main St.
Mesa, AZ 85203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,664.00** |
|---|---|---|---|

**Almag Aluminum Inc**
22 Finley Road
Brampton, Ontario L6T1A9
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **none**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,856.00** |
|---|---|---|---|

**AMC Machining, Inc.**
1540 Commerce Way
Paso Robles, CA 93446

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **none**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,028.00**

Anixter, Inc.
P.O. Box 847428
Dallas, TX 75284-7428

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,683.90**

Arrow Electronics, Inc.
9201 E. Dry Creek Road
Centennial, CO 80112

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.00**

Assurance Medical
10574 Acacia St #D2
Rancho Cucamonga, CA 91730

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$554.80**

Atlanta Specialties
525 Industrial Dr.
Woodstock, GA 30189

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,294.00**

Atlas Foam Products
12836 Arroyo St
Sylmar, CA 91342

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$370.00**

Autodesk
McInnis Parkway 111
San Rafael, CA 94903

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,087.70**

AVS
4555 N Cedar Ave
Fresno, CA 93726

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$156.87** |
| | **AVS**<br>**4555 N Cedar Ave**<br>**Fresno, CA 93726** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  06/01/19 - present | Basis for the claim:  **Customer Deposit** | |
| | Last 4 digits of account number  none | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,042.30** |
| | **Bag Riders**<br>**89 E Ethan Allen Dr.**<br>**SOUTH BURLINGTON, VT 05403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  06/01/19 - present | Basis for the claim:  **Customer Deposit** | |
| | Last 4 digits of account number  none | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,584.00** |
| | **BC Fabrication**<br>**3265 Monier Circle**<br>**Rancho Cordova, CA 95742** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  06/01/19 - present | Basis for the claim:  **Customer Deposit** | |
| | Last 4 digits of account number  none | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,302.00** |
| | **Beach Mold & Tool, Inc.**<br>**999 PROGRESS BOULEVARD**<br>**PO Box 227**<br>**New Albany, IN 47150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  06/01/19 - present | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  none | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,286.55** |
| | **Ben Mcconochie**<br>**1 View mount**<br>**Stoke, Nelson 7011**<br>**NEW ZEALAND** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  06/01/19 - present | Basis for the claim:  **Customer Deposit** | |
| | Last 4 digits of account number  none | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,744.89** |
| | **Big Happy Rods**<br>**2330 N Horne**<br>**Mesa, AZ 85203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  06/01/19 - present | Basis for the claim:  **Customer Deposit** | |
| | Last 4 digits of account number  none | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,423.50** |
| | **Billy Sales**<br>**3833 N. 8th Street**<br>**Tacoma, WA 98406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  06/01/19 - present | Basis for the claim:  **Customer Deposit** | |
| | Last 4 digits of account number  none | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

---

**3.25** Nonpriority creditor's name and mailing address
**Blue Shield**
PO Box 3008
Lodi, CA 95241-3008

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$26,664.00**

---

**3.26** Nonpriority creditor's name and mailing address
**Bradley M. Menden**
1775 Rochelle Ave
Oceano, CA 93445

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Wages**

Is the claim subject to offset? ■ No ☐ Yes

**$890.13**

---

**3.27** Nonpriority creditor's name and mailing address
**Brady Fabrication**
1746 West Katella Ave, Ste. 3
Orange, CA 92867

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,915.72**

---

**3.28** Nonpriority creditor's name and mailing address
**Buckeye Collision Service Inc**
1770 Harding HWY East
Marion, OH 43302

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,942.20**

---

**3.29** Nonpriority creditor's name and mailing address
**Cal Custom**
1204 Harley Dr
Tracy, CA 95376

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$950.50**

---

**3.30** Nonpriority creditor's name and mailing address
**Caleb Shrout**
1116 West 43rd St. South
Wichita, KS 67217

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$534.50**

---

**3.31** Nonpriority creditor's name and mailing address
**Caliber Accounting & Tax, LLP**
575 Price St, Suite 312
Pismo Beach, CA 93449

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,628.10**

---

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address
Caliber Audit & Attest, LLP
805 Aerovista Place, Suite 103
San Luis Obispo, CA 93401

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$11,500.00**

---

**3.33** | Nonpriority creditor's name and mailing address
Cap-It Covers
3525 East Mulberry St.
Fort Collins, CO 80524

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$4,638.50**

---

**3.34** | Nonpriority creditor's name and mailing address
Capital One Spark Card
PO Box 71083
Charlotte, NC 28272

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$12,045.41**

---

**3.35** | Nonpriority creditor's name and mailing address
Car Porn Racing
12 Parsley St. Corner Mahogany
Taguig City, Westen Bicutan 1630
PHILLIPINES

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,014.68**

---

**3.36** | Nonpriority creditor's name and mailing address
Cardinal Aluminum Co.
6910 Preston Hwy. P.O.Box 19987
Louisville, KY 40259-0987

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$12,500.00**

---

**3.37** | Nonpriority creditor's name and mailing address
Carl's Muffler
429 W Harding Ave
Santa Maria, CA 93458

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,662.55**

---

**3.38** | Nonpriority creditor's name and mailing address
Carmel & Naccasha, LLP
1410 Marsh St.
San Luis Obispo, CA 93401

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$16,033.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,879.10** |
|---|---|---|---|

**Cars Remember When**
4505 South Santa Fe Dr
Inglewood, CO 80110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,208.76** |
|---|---|---|---|

**Chase Bank**
PO Box 15145
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **8221**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,752.08** |
|---|---|---|---|

**Chase Credit Card**
P.O. Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,621.64** |
|---|---|---|---|

**Chase Ink Credit Card**
PO Box 15298
Wilmington, DE 19850-5298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018 - present**

Basis for the claim:  **Trade Debt - Credit Card Purchases**

Last 4 digits of account number  **0797**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,521.00** |
|---|---|---|---|

**CHetco Fabrication**
201 Wharf St
Brookings, OR 97415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,143.20** |
|---|---|---|---|

**Chimera Motors**
**Chris Kreidel**
Huntington Beach, CA 92648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,072.26** |
|---|---|---|---|

**Chris Johnson**
15 Sherborne Way
Hedge End, Southampton SO300GX
GREAT BRITAIN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

---

**3.46** | Nonpriority creditor's name and mailing address
**Citi Costco Credit Card**
**Citi Cards**
PO Box 78019
Phoenix, AZ 85062-8019

Date(s) debt was incurred  2015 - present
Last 4 digits of account number  1291

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt - Credit Card Purchases

Is the claim subject to offset? ■ No ☐ Yes

**$5,883.45**

---

**3.47** | Nonpriority creditor's name and mailing address
**Citibank Credit Card**
P.O. Box 9001037
Louisville, KY 40290

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset? ■ No ☐ Yes

**$5,524.58**

---

**3.48** | Nonpriority creditor's name and mailing address
**CL Cars**
77 Boundary Ln.
St Leonards, Ringwood BH242SF
UNITED KINGDOM

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$2,628.20**

---

**3.49** | Nonpriority creditor's name and mailing address
**Classic Restorations & More**
5733 South NC Hwy 62
Burlington, NC 27215

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.50** | Nonpriority creditor's name and mailing address
**Corey Lewis**
2339 Jackson Rd
Ward, AR 72176

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$5,628.10**

---

**3.51** | Nonpriority creditor's name and mailing address
**Cotati Speed Shop**
3651 Standish Ave
Santa Rosa, CA 95407

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  nono

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$3,238.03**

---

**3.52** | Nonpriority creditor's name and mailing address
**Cross Road Classics**
2327 D Street
Pine Mountain Valley, GA 31823

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$2,298.20**

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,792.15 |
|---|---|---|---|

**CTP Customs**
1377 Stodick Lane
Gardnerville, NV 89410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/19 - present

Basis for the claim:  Customer Deposit

Last 4 digits of account number  none

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,267.00 |
|---|---|---|---|

**Cutting Edge Precision**
846 Freedom St.
Visalia, CA 93291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/19 - present

Basis for the claim:  Vendor

Last 4 digits of account number  none

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $448.00 |
|---|---|---|---|

**DC Custom Silkscreening**
4001 N Interstate
Portland, OR 97227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/19 - present

Basis for the claim:  Vendor

Last 4 digits of account number  nonoe

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.61 |
|---|---|---|---|

**Del City**
2101 W. Camden Road
Milwaukee, WI 53209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/19 - present

Basis for the claim:  Vendor

Last 4 digits of account number  none

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,979.00 |
|---|---|---|---|

**Del City**
2101 W. Camden Road
Milwaukee, WI 53209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/0/19 - present

Basis for the claim:  Customer Deposit

Last 4 digits of account number  none

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.99 |
|---|---|---|---|

**Diego Gutierrez**
14229 don julian rd
La Puente, CA 91746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/19 - present

Basis for the claim:  Customer Deposit

Last 4 digits of account number  none

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.62 |
|---|---|---|---|

**Digital West Networks, Inc.**
3620 Sacramento Drive, Suite 102
San Luis Obispo, CA 93401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/19 - present

Basis for the claim:  Vendor

Last 4 digits of account number  none

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

**3.60**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,421.00 |
|---|---|---|
| dls Logistic Sevice, LLC | ☐ Contingent | |
| 11120 S. HINDRY AVE., # A | ☐ Unliquidated | |
| LOS ANGELES, CA 90045-6295 | ☐ Disputed | |
| Date(s) debt was incurred 06/01/19 - present | Basis for the claim: Vendor | |
| Last 4 digits of account number none | Is the claim subject to offset? ■ No ☐ Yes | |

**3.61**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.01 |
|---|---|---|
| Dustin Gerber | ☐ Contingent | |
| 1003 Panther Dr | ☐ Unliquidated | |
| Reno, NV 89506 | ☐ Disputed | |
| Date(s) debt was incurred 06/01/19 - present | Basis for the claim: Customer Deposit | |
| Last 4 digits of account number none | Is the claim subject to offset? ■ No ☐ Yes | |

**3.62**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,601.17 |
|---|---|---|
| Dustin Heon | ☐ Contingent | |
| 312 E Ormonde Rd | ☐ Unliquidated | |
| Arroyo Grande, CA 93420 | ☐ Disputed | |
| Date(s) debt was incurred 06/01/19 - present | Basis for the claim: Employee Wages | |
| Last 4 digits of account number none | Is the claim subject to offset? ■ No ☐ Yes | |

**3.63**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,541.30 |
|---|---|---|
| EarthRoamer | ☐ Contingent | |
| 5073 Silver Peak Avenue | ☐ Unliquidated | |
| Dacono, CO 80514 | ☐ Disputed | |
| Date(s) debt was incurred 06/0/19 - present | Basis for the claim: Customer Deposit | |
| Last 4 digits of account number none | Is the claim subject to offset? ■ No ☐ Yes | |

**3.64**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.00 |
|---|---|---|
| ECS Tuning | ☐ Contingent | |
| 1000 Seville Rd | ☐ Unliquidated | |
| Wadsworth, OH 44281 | ☐ Disputed | |
| Date(s) debt was incurred 06/01/19 - present | Basis for the claim: Customer Deposit | |
| Last 4 digits of account number none | Is the claim subject to offset? ■ No ☐ Yes | |

**3.65**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,510.00 |
|---|---|---|
| Eden Industries, Inc. | ☐ Contingent | |
| 2552 McGraw Avenue | ☐ Unliquidated | |
| Irvine, CA 92614 | ☐ Disputed | |
| Date(s) debt was incurred 06/01/19 - present | Basis for the claim: Vendor | |
| Last 4 digits of account number none | Is the claim subject to offset? ■ No ☐ Yes | |

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,542.36 |
|---|---|---|
| Elite Auto Works NY | ☐ Contingent | |
| 2050 RT 17A | ☐ Unliquidated | |
| Macedon, LA 10924 | ☐ Disputed | |
| Date(s) debt was incurred 06/01/19 - present | Basis for the claim: Customer Deposit | |
| Last 4 digits of account number none | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Accuair Control Systems, LLC** | | Case number (if known) | **9:20-bk-10544-DS** |
| | Name | | | |

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**Engaged Media**
P.O. Box 74637
Chicago, IL 60675-4637

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,991.45**

**Enswell Speed & Fab**
1224 S 650 W
Farmington, UT 84025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,505.00**

**Epic Rod & Custom**
6328 30st SE, #140
Calgary, Alberta T2C1V6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,152.00**

**Essential Cleaning**
2146 Parker Street
San Luis Obispo, CA 93401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135.00**

**Exclusive sounds**
9933 Weber St
Brighton, MI 48116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,193.10**

**Expolanka USA LLC**
861 N Park View Dr. STE 100
El Segundo, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,034.20**

**Express Employment Professionals**
P.O. Box 844277
Los Angeles, CA 90084-4277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address
**Far From Stock**
**2644 Garry Rd.**
**Junction City, OH 43748**

Date(s) debt was incurred __06/0/19 - present__
Last 4 digits of account number __none__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

$2,744.50

---

**3.75** | Nonpriority creditor's name and mailing address
**Fast Trak Fabrication**
**3011 W Dakota Ave**
**Fresno, CA 93722**

Date(s) debt was incurred __January 2019__
Last 4 digits of account number __unknown__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,328.15

---

**3.76** | Nonpriority creditor's name and mailing address
**Fastenal**
**P.O. Box 1286**
**Winona, MN 55987-1286**

Date(s) debt was incurred __06/01/19 - present__
Last 4 digits of account number __none__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$11,998.00

---

**3.77** | Nonpriority creditor's name and mailing address
**Fat Fender Garage**
**4450 E. Encinas Ave**
**Gilbert, AZ 85234**

Date(s) debt was incurred __06/01/19 - present__
Last 4 digits of account number __none__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

$7,821.74

---

**3.78** | Nonpriority creditor's name and mailing address
**FedEx**
**PO Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred __06/01/19 - present__
Last 4 digits of account number __none__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$274.28

---

**3.79** | Nonpriority creditor's name and mailing address
**Fedex**
**942 South Shady Grove Road**
**Memphis, TN 98120**

Date(s) debt was incurred __January 2019__
Last 4 digits of account number __7069__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$7,167.42

---

**3.80** | Nonpriority creditor's name and mailing address
**FedEx Freight (745748422)**
**PO Box 21415**
**Pasadena, CA 91185-1415**

Date(s) debt was incurred __06/01/19 - present__
Last 4 digits of account number __none__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$15,730.00

---

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$922.68**

Finishmaster, Inc.
277 Tank Farm Road
San Luis Obispo, CA 93401

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,110.30**

Fitment Industries
3989 E. Endeavor Drive
Appleton, WI 54915

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,393.10**

Flight Fabrications
9433 Spencer Lake Rd
Spencer, OH 44275

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,790.10**

Freeman Expositins, Inc.
P.O. Box 650036
Dallas, TX 75265-0036

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,544.00**

Fuellborn Event U Media
Coschutzer Str.78
Freital 01705
GERMANY

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,726.10**

Garcia's Rod Shop
620 Porchfield Lane
Knoxville, TN 37934

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,411.00**

Get Low Customs
138 Riverlea Rd
Hillcrest, Hamilton 3216
NEW ZEALAND

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Accuair Control Systems, LLC**                              Case number (if known)    **9:20-bk-10544-DS**
_____
Name

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $762.50 |
|---|---|---|---|

**Glenmarc Industries Inc.**
2001 S. Blue Island Ave.
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/19 - present

Basis for the claim:  Vendor

Last 4 digits of account number  none

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $23,624.00 |
|---|---|---|---|

**Glenn Burdette**
1150 Palm Street
San Luis Obispo, CA 93401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/19 - present

Basis for the claim:  Vendor

Last 4 digits of account number  none

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $705.00 |
|---|---|---|---|

**Good-Guys Rod and Custom**
PO Box 9132
Pleasanton, CA 94566-9132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/19 - present

Basis for the claim:  Vendor

Last 4 digits of account number  none

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,757.40 |
|---|---|---|---|

**Goolsby Customs**
16 Commerce Ave
Hueytown, AL 35023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/19 - present

Basis for the claim:  Customer Deposit

Last 4 digits of account number  none

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $200.00 |
|---|---|---|---|

**Griley Air Freight**
PO Box 92940
Los Angeles, CA 90009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/19 - present

Basis for the claim:  Vendor

Last 4 digits of account number  none

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,325.80 |
|---|---|---|---|

**Grunion Fabrication**
13011 N. Cave Creek Rd.
Phoenix, AZ 85022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/19 - present

Basis for the claim:  Customer Deposit

Last 4 digits of account number  none

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $500.00 |
|---|---|---|---|

**GS1 US, Inc.**
Dept 781271
Detroit, MI 48278-1271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/01/19 - present

Basis for the claim:  Vendor

Last 4 digits of account number  none

Is the claim subject to offset? ■ No ☐ Yes

Debtor __Accuair Control Systems, LLC_____   Case number (if known) __9:20-bk-10544-DS__
　　　　　Name

| | | |
|---|---|---|
| 3.95 | Nonpriority creditor's name and mailing address<br>**GSI Machine & Fabrication**<br>**6925 W FRYE RD.**<br>**Chandler, AZ 85226**<br><br>Date(s) debt was incurred __06/01/19 - present__<br>Last 4 digits of account number __none__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Customer Deposit__<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$126.00** |

| | | |
|---|---|---|
| 3.96 | Nonpriority creditor's name and mailing address<br>**Hales Speed Shop**<br>**729 South Mill St.**<br>**Lewisville, TX 75057**<br><br>Date(s) debt was incurred __06/0/19 - present__<br>Last 4 digits of account number __none__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Customer Deposit__<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$2,416.30** |

| | | |
|---|---|---|
| 3.97 | Nonpriority creditor's name and mailing address<br>**Hanaco**<br>**3965 Schaefer Ave**<br>**Chino, CA 91710**<br><br>Date(s) debt was incurred __January 2019__<br>Last 4 digits of account number __none__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Trade debt__<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$975.45** |

| | | |
|---|---|---|
| 3.98 | Nonpriority creditor's name and mailing address<br>**Hang Hing Metal Foundry Products**<br>**Factory Ltd.**<br>**Room 7, 6/F, Block C, Wah Tat Indus**<br>**Kwai Chung 999077**<br>**CHINA**<br><br>Date(s) debt was incurred __06/01/19 - present__<br>Last 4 digits of account number __none__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Customer Deposit__<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$25,219.50** |

| | | |
|---|---|---|
| 3.99 | Nonpriority creditor's name and mailing address<br>**Hard Body Customs**<br>**809 Us hwy 62**<br>**Wolfforth, TX 79382**<br><br>Date(s) debt was incurred __06/01/19 - present__<br>Last 4 digits of account number __none__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Customer Deposit__<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$908.25** |

| | | |
|---|---|---|
| 3.100 | Nonpriority creditor's name and mailing address<br>**Hausfeld Classics**<br>**115 South Pioneer Blvd**<br>**Springboro, OH 45066**<br><br>Date(s) debt was incurred __06/01/19 - present__<br>Last 4 digits of account number __none__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Customer Deposit__<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$4,891.40** |

| | | |
|---|---|---|
| 3.101 | Nonpriority creditor's name and mailing address<br>**Hill Country Ford**<br>**Highway 84 West**<br>**Goldthwaite, TX 76844**<br><br>Date(s) debt was incurred __06/01/19 - present__<br>Last 4 digits of account number __none__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Customer Deposit__<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$2,735.72** |

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,468.52 |
|---|---|---|---|

**Hot Rod Dynamics**
2051 B Norwood St SW
Lenoir, NC 28645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,821.30 |
|---|---|---|---|

**House of Sound**
21430 N 20th Ave
Phoenix, AZ 85027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Hutchs Welding**
1726 Donna Rd.
West Palm Beach, FL 33409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $382.50 |
|---|---|---|---|

**Intense Motorsports**
305 Dairy Rd. Unit B
Kahaluy, HI 96732

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,681.10 |
|---|---|---|---|

**Jack's Speed Shop**
1222 Progress Rd.
Fort Wayne, IN 46808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,320.00 |
|---|---|---|---|

**Jim Taylor Automotive**
1051 N Washington Blvd
Sarasota, FL 34236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Jimenez Bros Customs**
2065 Roberta St.
Riverside, CA 92507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

**3.109** | Nonpriority creditor's name and mailing address
**Johnboy's Towing**
**2091 21st Street**
**Oceano, CA 93445**

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$4,240.60**

---

**3.110** | Nonpriority creditor's name and mailing address
**Jose Garcia**
**579 Cascade Circle.**
**Salinas, CA 93906**

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,252.97**

---

**3.111** | Nonpriority creditor's name and mailing address
**Justified Performance**
**10604 Industrial Ave Suite 120**
**Roseville, CA 95678**

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

**3.112** | Nonpriority creditor's name and mailing address
**JW Steel**
**1860 o'Conner Way**
**San Luis Obispo, CA 93405**

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,744.88**

---

**3.113** | Nonpriority creditor's name and mailing address
**Kelderman Mfg., Inc**
**2686 Highway 92 East**
**Oskaloosa, IA 52577**

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,194.00**

---

**3.114** | Nonpriority creditor's name and mailing address
**KG Customs**
**2335 Gold River Rd Suite A**
**Rancho Cordova, CA 95670**

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,574.10**

---

**3.115** | Nonpriority creditor's name and mailing address
**Kindig-it Design**
**164 E Hill Ave.**
**Salt Lake City, UT 84107**

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,094.62**

---

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

**3.116**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,135.00 |
|---|---|---|
| Kingstec Technologies Inc.<br>175 Traders Blvd. East<br>Mississauga, Ontario L4Z1W7<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **06/01/19 - present** | Basis for the claim: **Vendor** | |
| Last 4 digits of account number **none** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.117**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,672.80 |
|---|---|---|
| Knobbe, Martens, Olsen & Bear, LLP<br>12790 El Camino Real<br>San Diego, CA 92130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **06/01/19 - present** | Basis for the claim: **Vendor** | |
| Last 4 digits of account number **none** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.118**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,785.77 |
|---|---|---|
| Krazy Kreations Fab<br>228 Upchurch Farm Rd<br>San Ford, NC 27332 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **06/01/19 - present** | Basis for the claim: **Customer Deposit** | |
| Last 4 digits of account number **none** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.119**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,423.40 |
|---|---|---|
| Kustomz Unltd Inc.<br>3830 Cavalier Dr.<br>Garland, TX 75042 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **06/01/19 - present** | Basis for the claim: **Customer Deposit** | |
| Last 4 digits of account number **none** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.120**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.92 |
|---|---|---|
| Kuts R Us<br>23615 Avenue 181<br>Porterville, CA 93257 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **06/01/19 - present** | Basis for the claim: **Customer Deposit** | |
| Last 4 digits of account number **none** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.121**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,808.00 |
|---|---|---|
| Ladd Distribution<br>26449 Network Pl.<br>Chicago, IL 60673-1264 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **06/01/19 - present** | Basis for the claim: **Vendor** | |
| Last 4 digits of account number **none** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.122**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,917.00 |
|---|---|---|
| Lapp Tannehill<br>8675 Eagle Creek Parkway<br>Savage, MN 55378 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **06/01/19 - present** | Basis for the claim: **Vendor** | |
| Last 4 digits of account number **none** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

**3.123** | Nonpriority creditor's name and mailing address
**Lee U. Johnson**
**117 Mindoro Street**
**Morro Bay, CA 93442**

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee Wages**

Is the claim subject to offset? ■ No ☐ Yes

**$132,611.60**

---

**3.124** | Nonpriority creditor's name and mailing address
**Little Shop Manufacturing**
**150 Mahr Ave**
**Lawrenceburg, TN 38464**

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$6,935.00**

---

**3.125** | Nonpriority creditor's name and mailing address
**Local Motors**
**9185 S. Farmer Ave**
**Tempe, AZ 85284**

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,173.00**

---

**3.126** | Nonpriority creditor's name and mailing address
**Local Motors**
**9185 S. Farmer Ave**
**Tempe, AZ 85284**

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$366.00**

---

**3.127** | Nonpriority creditor's name and mailing address
**Lowrider Depot**
**10 Annette Road**
**Foxboro, MA 02035**

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$33,523.25**

---

**3.128** | Nonpriority creditor's name and mailing address
**Lucky7 Customs**
**104 Railroad Ave**
**Antioch, CA 94509**

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,315.20**

---

**3.129** | Nonpriority creditor's name and mailing address
**Lukas Huni AG**
**Lindenstrasse 26**
**Zurich 8044**
**SWITZERLAND**

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,513.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

| Debtor | **Accuair Control Systems, LLC** | | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|---|
| | Name | | | |

---

**3.130** Nonpriority creditor's name and mailing address

**Matrix Muscle Cars**
2183 Parkway Lake Dr
Birmingham, AL 35244

Date(s) debt was incurred **06/01/19 - present**

Last 4 digits of account number **none**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$5,439.80**

---

**3.131** Nonpriority creditor's name and mailing address

**Melrose Nameplate**
26575 Corporate Ave
Hayward, CA 94545

Date(s) debt was incurred **06/01/19 - present**

Last 4 digits of account number **none**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$13,359.00**

---

**3.132** Nonpriority creditor's name and mailing address

**Mission Linen Supply**
399 Errol Street
Morro Bay, CA 93442-1859

Date(s) debt was incurred **06/01/19 - present**

Last 4 digits of account number **none**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$175.45**

---

**3.133** Nonpriority creditor's name and mailing address

**Motorsport Concepts**
1708 Willox Ct
Ft. Collins, CO 80524

Date(s) debt was incurred **06/01/19 - present**

Last 4 digits of account number **none**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,413.29**

---

**3.134** Nonpriority creditor's name and mailing address

**MX Electronics Manufacturing**
1651 E. St Andrew Place
Santa Ana, CA 92705-4932

Date(s) debt was incurred **06/01/19 - present**

Last 4 digits of account number **none**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$80,231.00**

---

**3.135** Nonpriority creditor's name and mailing address

**Nathan Loucks**
359 Crosby St
Altadena, CA 91001

Date(s) debt was incurred **06/01/19 - present**

Last 4 digits of account number **none**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$173.17**

---

**3.136** Nonpriority creditor's name and mailing address

**NCAB Group**
337 N. Vineyard Ave
Ontario, CA 91764

Date(s) debt was incurred **06/01/19 - present**

Last 4 digits of account number **none**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$214.14**

---

Debtor   **Accuair Control Systems, LLC**                Case number (if known)   **9:20-bk-10544-DS**
_____
Name

| | | |
|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address**<br>**Nelson-Miller, Inc.**<br>**2800 Casitas Avenue**<br>**Los Angeles, CA 90039** | **$4,990.00** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address**<br>**Nodinson Plastic Mould Co.,Ltd**<br>**Datianyang Industrial Park**<br>**6th Tianyang**<br>**Songgang Town, Shenzhen 518000**<br>**CHINA** | **$3,653.40** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address**<br>**Northcal Engineering**<br>**1009 Freedom Blvd**<br>**Watsonville, CA 95076** | **$1,889.39** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address**<br>**Northcal Engineering**<br>**1009 Freedom Blvd**<br>**Watsonville, CA 95076** | **$1,846.29** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address**<br>**Nwnismo LLC**<br>**1979 Bel Castro**<br>**Las Vegas, NV 89117** | **$2,534.40** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address**<br>**Old Car Centre**<br>**1927 Boblett St**<br>**Blaine, WA 98230** | **$2,464.72** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address**<br>**Old Soul Speed & Custom**<br>**2930 McMillan Ave**<br>**San Luis Obispo, CA 93401** | **$5,149.30** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Accuair Control Systems, LLC**    Case number (if known)    **9:20-bk-10544-DS**
_____    _____
Name

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,220.81 |
|---|---|---|---|

**Oneway Industrial**
302 Pine Ave
Goleta, CA 93117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2019**
Last 4 digits of account number  **ACCAIR**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,323.41 |
|---|---|---|---|

**Outkast Kustoms**
729 Wall St.
Livermore, CA 94550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,284.62 |
|---|---|---|---|

**Outkast Kustoms**
729 Wall St.
Livermore, CA 94550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,575.00 |
|---|---|---|---|

**Pacific Rim Machining**
4584 Runway St., Unit B
Simi Valley, CA 93063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $563.00 |
|---|---|---|---|

**Parkview BMW**
1155 Leslie St.
Toronto, Ontario M3C2J6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,801.17 |
|---|---|---|---|

**Paypal**
2211 North First Street
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2019**
Last 4 digits of account number  **none**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Paypal**
2211 North First Street
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2019**
Last 4 digits of account number  **none**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Accuair Control Systems, LLC**                                    Case number (if known)    **9:20-bk-10544-DS**
_____
Name

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,539.80 |

3.151    Nonpriority creditor's name and mailing address
**Paypal Working Capital**
**2211 North First Street**
**San Jose, CA 95131**

Date(s) debt was incurred  **January 2019**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

$19,539.80

---

3.152    Nonpriority creditor's name and mailing address
**Paypal Working Capital**
**2211 North First Street**
**San Jose, CA 95131**

Date(s) debt was incurred  **January 2019**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$42,460.79

---

3.153    Nonpriority creditor's name and mailing address
**Phat Phabz LLC**
**16092 N.E. 23rd St**
**Choctaw, OK 73020**

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$1,544.30

---

3.154    Nonpriority creditor's name and mailing address
**Pioneer Metal Finishing**
**19005 SW 125th Court**
**Tualatin, OR 97062**

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$705.20

---

3.155    Nonpriority creditor's name and mailing address
**Plush Automotive**
**126 Station Rd.**
**Broughton Astley, Leicester LE9 6PW**
**UNITED KINGDOM**

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$20,000.00

---

3.156    Nonpriority creditor's name and mailing address
**Porterbuilt Fabrication**
**2205 E Decatur**
**Mesa, AZ 85213**

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$1,602.30

---

3.157    Nonpriority creditor's name and mailing address
**Premier Street Rods**
**1100 N. Lake Havasu Ave.**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$2,276.00

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

---

**3.158** | Nonpriority creditor's name and mailing address

Pro Performance
7931 E. Pecos Rd.
Mesa, AZ 85212

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$26,950.80**

---

**3.159** | Nonpriority creditor's name and mailing address

Proformance Diesel
12625 Jomani Drive
Bakersfield, CA 93312

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$3,110.40**

---

**3.160** | Nonpriority creditor's name and mailing address

Pyra Coffee Company
685 Higuera Street
San Luis Obispo, CA 93401

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

**3.161** | Nonpriority creditor's name and mailing address

Quiet to Riot Customs
127 East College Ave
Elizabeth Town, PA 17022

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$1,304.42**

---

**3.162** | Nonpriority creditor's name and mailing address

Rally Sport Direct
4870 W 2100 S
Salt Lake City, UT 84120

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$734.30**

---

**3.163** | Nonpriority creditor's name and mailing address

RAMPF Group, Inc.
208 Kuntz St.
St. Johns, MI 48879

Date(s) debt was incurred  06/0/19 - present
Last 4 digits of account number  none

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$3,521.00**

---

**3.164** | Nonpriority creditor's name and mailing address

Rev Dynamics
3020 Miller Dr.
Plumouth, IN 46563

Date(s) debt was incurred  06/01/19 - present
Last 4 digits of account number  none

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$26,173.82**

---

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,527.50 |
|---|---|---|---|

**Rogue Chassis Inc.**
8901 Highway 87
Lubbock, TX 79423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.63 |
|---|---|---|---|

**Ryan Guthrie**
203 Burchwood Bay Rd
Hot Springs, AR 71913

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,405.20 |
|---|---|---|---|

**Sam's Euro Shop**
3 Tallwood Dr
Bow, NH 03304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**Samtec**
PO Box 1147
New Albany, IN 47150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **3188**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.73 |
|---|---|---|---|

**San Luis Paper Co.**
625 Tank Farm Rd
San Luis Obispo, CA 93406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,891.22 |
|---|---|---|---|

**SCR Collision Service**
965 Rufus Ct
Hayward, CA 94541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.30 |
|---|---|---|---|

**Sean Bloemers**
2 Giacco Street
Pimpama, Queensland 4209
AUSTRALIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|
| | Name | | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$696.27** |
|---|---|---|---|

**Sewell Direct**
**North 1380 West 57**
**Orem, UT 84057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **none**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Shenzen Jaguar Automation Equip Co**
**Building 14, Furong Industrial Zone**
**Xinquao Street, Bao'an District**
**Shenzhen**
**China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2019**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **none**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,216.90** |
|---|---|---|---|

**Slammered Inc.**
**1238 SW 6th Street**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Sledsville Hotrods**
**3222 Motor Circle**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number  **none**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,195.23** |
|---|---|---|---|

**SLO Buckley Properties**
**2 Alta Mira**
**San Luis Obispo, CA 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Landlord**

Last 4 digits of account number  **none**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400,000.00** |
|---|---|---|---|

**SLO Capital Inc**
**Chad Van Til**
**735 Tank Farm Road, Ste 210**
**San Luis Obispo, CA 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2019**

Basis for the claim:  **Unsecured Promissory Note**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,758.00** |
|---|---|---|---|

**SLO Donut Company**
**793 E. Foothill Blvd. Suite F**
**San Luis Obispo, CA 93405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/01/19 - present**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **none**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Accuair Control Systems, LLC | | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|---|
| | Name | | | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,932.40 |
|---|---|---|---|

**Snakepit Customs**
6860 Hawthorn Park Dr.
Indianapolis, IN 46220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/01/19 - present__
Last 4 digits of account number __none__

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,890.40 |
|---|---|---|---|

**So Cal Classics Inc**
672 Story St.
Nipomo, CA 93444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/01/19 - present__
Last 4 digits of account number __none__

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,505.00 |
|---|---|---|---|

**Solenoid Solutions, Inc.**
2251 Manchester Road
Erie, PA 16506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/01/19 - present__
Last 4 digits of account number __none__

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,120.30 |
|---|---|---|---|

**SOS Customz**
2954 San Luis Rey Rd
Oceanside, CA 92058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/01/19 - present__
Last 4 digits of account number __none__

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,045.41 |
|---|---|---|---|

**Spark CapitalOne**
Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0287

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018 - present__
Last 4 digits of account number __3055__

Basis for the claim: __Trade Debt - Credit Card Purchases__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,991.30 |
|---|---|---|---|

**Speedway Motors**
340 Victory Ln
Lincoln, NE 68528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/01/19 - present__
Last 4 digits of account number __none__

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,421.25 |
|---|---|---|---|

**Spider Fabrication**
112 Midpoint Drive
Mineral, VA 23117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __06/01/19 - present__
Last 4 digits of account number __none__

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

---

**3.186** | Nonpriority creditor's name and mailing address
**Starlite Rod & Kustom**
25108 South Vermont Ave
Harbor City, CA 90710

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$484.32

---

**3.187** | Nonpriority creditor's name and mailing address
**Steven's Truck Polishing**
2540 Lapeer Rd
Port Heuron, MI 48060

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$1,590.32

---

**3.188** | Nonpriority creditor's name and mailing address
**Streetec**
Industriestra e 12
Hochst, Odenwald 64739
GERMANY

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$32,112.00

---

**3.189** | Nonpriority creditor's name and mailing address
**Sunshine Global Circuits Co Ltd**
**Sunshine Circuits USA LLC**
3400 Silverstone Drive, Suite 139
Plano, TX 75023

Date(s) debt was incurred  **January 2020**
Last 4 digits of account number  **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,481.32

---

**3.190** | Nonpriority creditor's name and mailing address
**Superior Torque**
20181 S. Sprague Rd.
Oregon City, OR 97045

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$1,464.10

---

**3.191** | Nonpriority creditor's name and mailing address
**Swedish MD**
802 Grand Ave
Spring Valley, CA 91977

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$2,419.60

---

**3.192** | Nonpriority creditor's name and mailing address
**Switch Suspension**
2340 W. Broadway Rd
Mesa, AZ 85202

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$28,501.09

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
| | Name | | |

---

**3.193** | Nonpriority creditor's name and mailing address
**Syndicate Customs**
135 N Benson Ave
Upland, CA 91786

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

**3.194** | Nonpriority creditor's name and mailing address
**Tedz**
8351 Golden Cypress Ave
Las Vegas, NV 89117

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,631.40**

---

**3.195** | Nonpriority creditor's name and mailing address
**TestEquity, LLC**
2434 McIver Lane
Carrollton, TX 75006

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$9,254.40**

---

**3.196** | Nonpriority creditor's name and mailing address
**The Custom Shop**
206 S. Main
Flanagan, IL 61740

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,768.42**

---

**3.197** | Nonpriority creditor's name and mailing address
**Those Guys Rod & Customs**
111 National Ave S.
Bremerton, WA 98312

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$11,735.43**

---

**3.198** | Nonpriority creditor's name and mailing address
**Throtl**
302 Washington Street
San Diego, CA 92103

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$4,980.06**

---

**3.199** | Nonpriority creditor's name and mailing address
**Tom Weidner**
2569 Paul Pl
Arroyo Grande, CA 93420

Date(s) debt was incurred **06/01/19 - present**
Last 4 digits of account number **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Independent Contractor**

Is the claim subject to offset? ■ No ☐ Yes

**$16,000.00**

---

| Debtor | **Accuair Control Systems, LLC** | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|

Name

---

**3.200** | Nonpriority creditor's name and mailing address
**Tre5 Customs**
8550 N. 91st Ave
Peoria, AZ 85345

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,450.65**

---

**3.201** | Nonpriority creditor's name and mailing address
**triPAQ**
16069 Shoemaker Ave.
Cerritos, CA 90703

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$29,858.00**

---

**3.202** | Nonpriority creditor's name and mailing address
**TTI, Inc.**
2441 Northeast Parkway
Fort Worth, TX 76106-1816

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$45,315.00**

---

**3.203** | Nonpriority creditor's name and mailing address
**Turn14**
100 Tournament Dr.
Horsham, PA 19044

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$47,923.80**

---

**3.204** | Nonpriority creditor's name and mailing address
**Turn14**
100 Tournament Dr.
Horsham, PA 19044

Date(s) debt was incurred  **06/01/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,529.40**

---

**3.205** | Nonpriority creditor's name and mailing address
**UPS Supply Chain Solutions, Inc.**
28013 Network Place
Chicago, IL 60673-1280

Date(s) debt was incurred  **06/0/19 - present**
Last 4 digits of account number  **none**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,765.60**

---

**3.206** | Nonpriority creditor's name and mailing address
**Verical Arrow Electronics**
18321 Ventura Blvd, Suite 1000
Tarzana, CA 91356

Date(s) debt was incurred  **January 2019**
Last 4 digits of account number  **4901**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection Account**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

| Debtor | Accuair Control Systems, LLC | Case number (if known) | 9:20-bk-10544-DS |
|---|---|---|---|
| | Name | | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,000.00 |
|---|---|---|---|

**Wabco**
8225 Patriot Blvd.
North Charleston, SC 29418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/01/19 - present**

Basis for the claim: **Vendor**

Last 4 digits of account number **none**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,176.79 |
|---|---|---|---|

**Wells Fargo Credit Card**
P.O. Box 51193
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/01/19 - present**

Basis for the claim: **Credit card purchases**

Last 4 digits of account number **none**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,331.59 |
|---|---|---|---|

**Wells Fargo Credit Card**
**Wells Fargo SBL**
PO Box 29482
Phoenix, AZ 85038-8650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2008 - present**

Basis for the claim: **Trade Debt - Credit Card Purchases**

Last 4 digits of account number **3233**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,845.20 |
|---|---|---|---|

**Wells Fargo Credit Card**
**Wells Fargo SBL**
PO Box 29482
Phoenix, AZ 85038-8650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2008 - present**

Basis for the claim: **Trade Debt - Credit Card Purchases**

Last 4 digits of account number **3241**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,000.00 |
|---|---|---|---|

**Whitefox Defense**
825 Buckley Road
San Luis Obispo, CA 93401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/01/19 - present**

Basis for the claim: **Security Deposit**

Last 4 digits of account number **none**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Creditors Adjustment Bureau**<br>PO Box 5932<br>Sherman Oaks, CA 91413 | Line **3.189**<br><br>☐  Not listed. Explain _____ | **9194** |

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 458,769.48 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,567,754.59 |

Debtor    **Accuair Control Systems, LLC**
           Name

Case number (if known)    **9:20-bk-10544-DS**

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.

5c.    $ _____ 3,026,524.07

**Fill in this information to identify the case:**

Debtor name    **Accuair Control Systems, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **9:20-bk-10544-DS**

☑ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

Column 1: Codebtor                                                            Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | CDS Business Services, INC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | CHTD Company | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | Clearbanc Loan | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | Corporation Service Company, | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | CT Corporation System, | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Accuair Control Systems, LLC**                                    Case number *(if known)*   **9:20-bk-10544-DS**

▋ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                                          Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.6 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | Fora Financial<br>Advance, LLC | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | IRS/OHIO | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | Newtek Small<br>Business Finance,<br>LLC | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | The Tompkins Trust<br>Dated | ■ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | Cedar Advance | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | West Coast Business<br>Capital | ■ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | Fox Capital Group | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | Chase Ink Credit<br>Card | ☐ D _____<br>■ E/F ___3.42___<br>☐ G _____ |

| Debtor | **Accuair Control Systems, LLC** | | Case number (if known) | **9:20-bk-10544-DS** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                                     Column 2: Creditor

| 2.14 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | Citi Costco Credit<br>Card | ☐ D _____<br>■ E/F   3.46<br>☐ G _____ |
|---|---|---|---|---|
| 2.15 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | Wells Fargo Credit<br>Card | ☐ D _____<br>■ E/F   3.209<br>☐ G _____ |
| 2.16 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | Wells Fargo Credit<br>Card | ☐ D _____<br>■ E/F   3.210<br>☐ G _____ |
| 2.17 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | Spark CapitalOne | ☐ D _____<br>■ E/F   3.183<br>☐ G _____ |
| 2.18 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | OTB, LPC | ■ D   2.11<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Dustin Heon | 312 E Ormonde Rd<br>Arroyo Grande, CA 93420 | SLO Capital Inc | ☐ D _____<br>■ E/F   3.177<br>☐ G _____ |
| 2.20 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | CDS Business<br>Services, INC | ■ D   2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | CHTD Company | ■ D   2.3<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Accuair Control Systems, LLC** | | Case number *(if known)* | **9:20-bk-10544-DS** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                                      *Column 2: Creditor*

| 2.22 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | Clearbanc Loan | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.23 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | Corporation Service<br>Company, | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | CT Corporation<br>System, | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | Fora Financial<br>Advance, LLC | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | IRS/OHIO | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | Newtek Small<br>Business Finance,<br>LLC | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | The Tompkins Trust<br>Dated | ■ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | Cedar Advance | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Accuair Control Systems, LLC**                                    Case number (if known)    **9:20-bk-10544-DS**

▬ **Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: Codebtor                                                          Column 2: Creditor

| 2.30 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | West Coast Business Capital | ■ D   2.13<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | Fox Capital Group | ■ D   2.8<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | Chase Ink Credit Card | ☐ D _____<br>■ E/F   3.42<br>☐ G _____ |
| 2.33 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | Citi Costco Credit Card | ☐ D _____<br>■ E/F   3.46<br>☐ G _____ |
| 2.34 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | Wells Fargo Credit Card | ☐ D _____<br>■ E/F   3.209<br>☐ G _____ |
| 2.35 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | Wells Fargo Credit Card | ☐ D _____<br>■ E/F   3.210<br>☐ G _____ |
| 2.36 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | Spark CapitalOne | ☐ D _____<br>■ E/F   3.183<br>☐ G _____ |
| 2.37 | Reno Heon | 250 Cabrillo Lane<br>San Luis Obispo, CA 93401 | OTB, LPC | ■ D   2.11<br>☐ E/F _____<br>☐ G _____ |

Debtor    __Accuair Control Systems, LLC_____    Case number *(if known)*    __9:20-bk-10544-DS__

▉ **Additional Page to List More Codebtors**

    Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
      Column 1: **Codebtor**                    Column 2: **Creditor**

2.38    Reno Heon           250 Cabrillo Lane              SLO Capital Inc          ☐ D _____
                             San Luis Obispo, CA 93401                        ■ E/F  3.177
                                                                  ☐ G _____

A-Pre
1509 Bridgetown Pike
Langhorne, PA 19053

Cedar Advance
2917 Avenue I
Brooklyn, NY 11210

Chase Bank
PO Box 15145
Wilmington, DE 19850

Chase Ink Credit Card
PO Box 15298
Wilmington, DE 19850-5298

Citi Costco Credit Card
Citi Cards
PO Box 78019
Phoenix, AZ 85062-8019

Creditors Adjustment Bureau
PO Box 5932
Sherman Oaks, CA 91413

Fast Trak Fabrication
3011 W Dakota Ave
Fresno, CA 93722

Fedex
942 South Shady Grove Road
Memphis, TN 98120

Fora Financial Advance, LLC
519 Eighth Avenue
New York, NY 10018

Fox Capital Group
140 Broadway, 46th Floor
New York, NY 10005

Hanaco
3965 Schaefer Ave
Chino, CA 91710

Oneway Industrial
302 Pine Ave
Goleta, CA 93117

OTB, LPC
Michael Patrick
c/o Sunrise Mortgage & Investment
1065 Higuera Street, Suite 200
San Luis Obispo, CA 93401

Paypal
2211 North First Street
San Jose, CA 95131

Paypal Working Capital
2211 North First Street
San Jose, CA 95131

Samtec
PO Box 1147
New Albany, IN 47150

Shenzen Jaguar Automation Equip Co
Building 14, Furong Industrial Zone
Xinquao Street, Bao'an District
Shenzhen
China

SLO Buckley Properties, LLC
825 Buckley Road
San Luis Obispo, CA 93401

SLO Capital Inc
Chad Van Til
735 Tank Farm Road, Ste 210
San Luis Obispo, CA 93401

Spark CapitalOne
Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0287

Sunshine Global Circuits Co Ltd
Sunshine Circuits USA LLC
3400 Silverstone Drive, Suite 139
Plano, TX 75023

Verical Arrow Electronics
18321 Ventura Blvd, Suite 1000
Tarzana, CA 91356

Wells Fargo Credit Card
Wells Fargo SBL
PO Box 29482
Phoenix, AZ 85038-8650

West Coast Business Capital
116 Nassau St, Ste 804
New York, NY 10038

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1254 Marsh Street**
**San Luis Obispo, CA 93401**

A true and correct copy of the foregoing document entitled (*specify*):   **Summary of Amended Schedules, Master**
**Mailing List, and or Statements; Amended Declaration Concerning Debtor's Schedules; Amended Schedule D;**
**Amended Schedule E/F; Amended Schedule H; Amended Master Mailing List**   will be served or was served **(a)** on
the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

   1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
(*date*) _September 21, 2020_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and
determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email
addresses stated below:

   Jenelle C Arnold    ecfcacb@aldridgepite.com, jarnold@ecf.courtdrive.com
   William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
   Drew A Callahan    ecfcacb@aldridgepite.com, unionbankecf@aldridgepite.com;DAC@ecf.courtdrive.com
   Jeremy W. Faith (CHAPTER 7 TRUSTEE)    Trustee@MargullesFaithlaw.com,
   C118@ecfcbis.com;Helen@MargullesFaithLaw.com;leedowdling@gmail.com
   Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
   Carissa N Horowitz    carissa@beallandburkhardt.com, artyc@aol.com;castlesb@aol.com
   Edwin J Rambuski    edwin@rambuskilaw.com, marissa@rambuskilaw.com
   Paul F Ready (ATTORNEY FOR DEBTOR)    tamara@farmerandready.com
   Meghann A Triplett    Meghann@MargullesFaithlaw.com,
   Helen@MargullesFaithlaw.com;Angela@MargullesFaithlaw.com;Vicky@MargullesFaithlaw.com
   United States Trustee (U.S. TRUSTEE)    ustpregion16.nd.ecf@usdoj.gov
   Bruce J Zabarauskas    bruce.zabarauskas@tklaw.com, wanda.sneed@tklaw.com

                                        ☐ Service information continued on attached
page

   2. **SERVED BY UNITED STATES MAIL**: On (*date*) _September 21, 2020_, I served the following persons and/or
entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy
thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the
judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document
is filed.

Accualr Control Systems, LLC (Debtor)          Chris Johnson
1241 Johnson, Suite 355                        15 Sherborne Way
San Luis Obispo, CA 93401                      Hedge End
                                               Southampton SO300GX,

Grobstein Teeple LLP
6300 Canoga Avenue Suite 1500W
Woodland Hills, CA 91367

                                        ☑ Service information continued on attached
page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                        Page 2                        F 1007-1.1.AMENDED.SUMMARY

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached

page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 21, 2020 | Tamara Wickstrom | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Continued Service List:

A-Pre
1509 Bridgetown Pike
Langhorne, PA 19053

Cedar Advance
2917 Avenue I
Brooklyn, NY 11210

Chase Bank
PO Box 15145
Wilmington, DE 19850

Chase Ink Credit Card
PO Box 15298
Wilmington, DE 19850-5298

Citi Costco Credit Card
Citi Cards
PO Box 78019
Phoenix, AZ 85062-8019

Creditors Adjustment Bureau
PO Box 5932
Sherman Oaks, CA 91413

Fast Trak Fabrication
3011 W Dakota Ave
Fresno, CA 93722

Fedex
942 South Shady Grove Road
Memphis, TN 98120

Fora Financial Advance, LLC
519 Eighth Avenue
New York, NY 10018

Fox Capital Group
140 Broadway, 46th Floor
New York, NY 10005

Hanaco
3965 Schaefer Ave
Chino, CA 91710

Oneway Industrial
302 Pine Ave
Goleta, CA 93117

OTB, LPC
Michael Patrick
c/o Sunrise Mortgage & Investment
1065 Higuera Street, Suite 200
San Luis Obispo, CA 93401

Paypal
2211 North First Street
San Jose, CA 95131

Paypal Working Capital
2211 North First Street
San Jose, CA 95131

Samtec
PO Box 1147
New Albany, IN 47150

Shenzen Jaguar Automation Equip Co
Building 14, Furong Industrial Zone
Xinquao Street, Bao'an District
Shenzhen
China

SLO Buckley Properties, LLC
825 Buckley Road
San Luis Obispo, CA 93401

SLO Capital Inc
Chad Van Til
735 Tank Farm Road, Ste 210
San Luis Obispo, CA 93401

Spark CapitalOne
Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0287

Sunshine Global Circuits Co Ltd
Sunshine Circuits USA LLC
3400 Silverstone Drive, Suite 139
Plano, TX 75023

Verical Arrow Electronics
18321 Ventura Blvd, Suite 1000
Tarzana, CA 91356

Wells Fargo Credit Card
Wells Fargo SBL
PO Box 29482
Phoenix, AZ 85038-8650

West Coast Business Capital
116 Nassau St, Ste 804
New York, NY 10038